AO 91 (Rev. 11/11) Criminal Complaint

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
**FILED**
*July 25, 2024*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Britni Marie JOHNSON | ) | Case No. **4:24-mj-332** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 15, 2024__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 1028A | Aggravated identity theft |
| 18 U.S. Code § 1708 | Theft or receipt of stolen mail matter |

This criminal complaint is based on these facts:

See attached Affidavit by Postal Inspector Nicholas R. Underhill in support of this Criminal Complaint.

☑ Continued on the attached sheet.

*Complainant's signature*

Nicholas R. Underhill, U.S. Postal Inspector
*Printed name and title*

Sworn to telephonically.

Date: 07/25/2024

*Judge's signature*

City and state: Houston, TX

Richard W Bennett, U.S. Magistrate Judge
*Printed name and title*

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

4:24-mj-332

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPAINT**

I, Nicholas R. Underhill, being duly sworn, hereby depose and say:

1. Affiant is a Postal Inspector (PI) with the U.S. Postal Inspection Service (USPIS) and have been so employed since February 2019. Affiant is currently assigned to the USPIS Financial Crimes Team, which is tasked with the investigation of complex mail theft crimes, including but not limited to, credit card and check fraud, money order fraud and identity theft. Affiant has gained experience in conducting such investigations through on the job training and everyday work-related investigations. Affiant has personally participated in investigations involving violations of federal law regarding mail theft and criminal groups that result from such unlawful activity. As a Postal Inspector, Affiant is authorized to investigate violations of the United States and to seek forfeiture of property under authority of the United States.

2. Affiant submits this affidavit in support of a Criminal Complaint charging Britni Marie **Johnson** with violations of Title, 18 U.S. Code § 1028A (Aggravated identity theft) and 18 U.S. Code § 1708 (Theft or receipt of stolen mail matter).

3. Because this affidavit is being submitted for the limited purpose of securing a Criminal Complaint, Affiant has not included each and every fact known by the Affiant concerning the ongoing investigation. This affidavit is based upon Affiant's personal knowledge, or from information obtained or provided via records, and interviews of witnesses and other law enforcement agents. Where statements of others are set forth in this affidavit, they are set

forth in substance and in part.

**PROBABLE CAUSE**

4. On or about July 16, 2024, your Affiant received a phone call from victim AP, the owner of Synergy Windshield Repair LLC located in Houston, TX. AP reported on July 15, 2024, at around 6:22 p.m., AP received a phone call from Western Union, 6475 Hillcroft St., Suite B, Houston, TX 77081, regarding a female (later identified by your Affiant as Britni Marie **Johnson**) who presented for cashing check number 305735686 in the amount of $3,130.47 issued to Synergy Windshield Repair LLC drawn on the Bank of America, NA account and routing number of SGC Network in Columbus, OH, an IRS Form SS-4 issued to, "SYNERGY WINDSHIELD REPAIRS, BRITTANY LEA BROUSSARD SOLE MBR, 3310 LOUISIANA ST, HOUSTON, TX 77006", and Texas driver license number 38159159 with the name and address of "Brittany Lea Broussard, 3310 Louisiana St., Apt. 2329, Houston, TX 77006." AP physically responded to the Western Union location and arrived around 7:00 p.m. and **Johnson** was gone. Your Affiant knows through research and previous investigations that Bank of America, NA is insured by the Federal Deposit Insurance Corporation ("FDIC") which is an agency of the federal government which insures deposits of member banks against loss up to $250,000 with the purpose of preventing their collapse and instilling public confidence in the nation's banking institutions.

5. Later on July 16, 2024, your Affiant met with AP who provided your Affiant with Texas driver license number 38159159 and check number 305735686 left by **Johnson** and given to AP by Western Union employees. Western Union employees further provided AP with a photo of **Johnson**. AP provided Texas driver license number 38159159 and check number 305735686 to your Affiant. AP reported that AP never received the check although AP usually and often receives checks in the mail from the same check issuer. AP does not know, "Brittany

Page 2

Lea Broussard" and did not provide permission for Broussard to possess the incoming check. AP further stated Broussard is not an employee of Synergy Windshield Repair LLC.

6. AP further provided photos taken by Western Union employees of **Johnson** and the IRS Form SS-4. Your Affiant observed the IRS Form SS-4 business name did not display, "LLC" at the end of Synergy Windshield Repair LLC and instead displayed, "SYNERGY WINDSHIELD REPAIRS". The IRS Form SS-4 was dated July 15, 2024.



**Photo of Johnson on July 15, 2024**

7. Later on July 16, 2024, your Affiant interviewed Brittany Broussard (Broussard) and learned Broussard moved to 3310 Louisiana St., Apt. 2329, Houston, TX 77006, around November 2023. Broussard updated the Texas driver license address online and never received the Texas driver license in the mail. Your Affiant showed Broussard the photo of **Johnson** and Broussard did not recognize, know, or provide permission for **Johnson** to possess the Texas driver license in Broussard's name, address, and identifiers. Broussard further stated that Broussard did not apply for an employer identification number with the IRS.

8. Your Affiant provided the photo of **Johnson**, taken by the

Western Union employees, to Harris County Constables Office Precinct 1 Deputy Bowden for support to identify the female. Deputy Bowden conducted Harris County Sheriff's Office inmate research and obtained a previous booking photo of **Johnson** and provided the photo to your Affiant. Your Affiant obtained the Texas driver license image of **Johnson** and compared the three photos and identified the person who presented check number 305735686, Texas driver license number 38159159, and the IRS Form SS-4 was **Johnson**.

9. Based upon the totality of the foregoing facts and circumstances, Affiant believes that evidence of the violations of Title 18 U.S. Code §1028A (Aggravated identity theft) and Title 18 U.S. Code § 1708 (Theft or receipt of stolen mail matter), do exist, and that there is probable cause for the issuance of an arrest warrant for Britni Marie **Johnson**.

NICHOLAS R. UNDERHILL
United States Postal Inspector

Subscribed and sworn to telephonically in Houston, Texas, on this 25th day of July, 2024, and I do find probable cause.

RICHARD W BENNETT
UNITED STATES MAGISTRATE JUDGE
Southern District of Texas

Page 4